1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH NOEL HADER,

11               Petitioner,                  No. CIV S-07-1970 LEW EFB P

12        vs.

13   KERN VALLEY STATE PRISON,

14               Respondents.                 <u>ORDER</u>

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.  He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.

18        Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford

19   the costs of suit.

20        A petitioner seeking a writ of habeas corpus must name as respondent the person having

21   custody over him.  28 U.S.C. § 2242; Rule 2(a), Rules Governing Section 2254 Cases.  This

22   person ordinarily is the warden of the facility where petitioner is confined. *See Stanley v.*

23   *California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).  Petitioner names as the respondent

24   Kern Valley State Prison.  Although petitioner is confined there, the institution does not have

25   custody over petitioner.  Petitioner has not named the proper respondent.

26   ////

1

Accordingly, it is ORDERED that:

1.  Petitioner's request for leave to proceed *in forma pauperis* is granted; and

2.  The petition is dismissed with leave to file an amended petition naming the proper respondent within 30 days of the date of this order.  Petitioner's failure to file an amended petition will result in a recommendation that this action be dismissed without prejudice.  The Clerk of the Court is directed to send to petitioner the form Petition for a Writ of Habeas Corpus used in this court.

Dated:  February 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE